IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DOMINION SADLER, on behalf of Himself, and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 3:19-cv-01339-SMY |
| D.W. MERTZKE EXCAVATING & TRUCKING, INC., | ) ) ) ) |
| Defendant. | ) |

## **STIPULATION OF DISMISSAL**

Pursuant to the provisions of Rule 41(a)(l)(A)(ii), Fed. R. Civ. P., Plaintiff, Dominion Sadler, on behalf of Himself, and others similarly situated, and Defendant, D.W. Mertzke Excavating & Trucking, Inc., by and through their undersigned counsel, hereby stipulate as follows:

1. All claims that were or could have been asserted by Plaintiff in this action are dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

Dated: June 30, 2020

                                    Respectfully Submitted,

                                By:  /s/ David Cates
                                    David Cates #6289198
                                    CATES MAHONEY, LLC
                                    216 West Pointe Drive, Suite A
                                    Swansea, IL  62226
                                    Telephone:     618-277-3644
                                    Facsimile:      618-277-7882
                                    Email:             dcates@cateslaw.com

-and-

Michael J. Garavalia, #6286212
Flynn, Guymon & Garavalia
300 West Main Street
Belleville, IL 62220
Telephone: 618-233-0480
Facsimile: 618-233-0601
E-Mail: mgaravalia@flynnguymon.com

*Attorneys for Plaintiff*

By:        /s/Brian E. McGovern (w/consent)
    Brian E. McGovern #6271815
    McCarthy, Leonard, Kaemmerer, L.C.
    835 Maryville Centre Dr., Ste. 300
    St. Louis, MO 63107
    Telephone:       314-392-5200
    Facsimile:       314-392-5221
    E-Mail:          bmcgovern@mlklaw.com
    *Attorneys for Defendant*

## PROOF OF SERVICE

I hereby certify that on June 30, 2020, I caused to be electronically filed this "STIPULATION OF DISMISSAL" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to all parties of record.

/s/David Cates