IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DOMINION SADLER,** *on behalf of himself and others similarly situated*, | ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) Case No. 19-cv-1339-SMY ) ) |
| **D.W. MERTZKE EXCAVATING & TRUCKING, INC.,** | ) ) ) |
| **Defendant.** | ) ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, having been advised by the parties that all claims in this matter have been settled or otherwise resolved, the parties claims against each other are **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** July 9, 2020

**MARGARET M. ROBERTIE,**
Clerk of Court

**By: s/ Stacie Hurst, Deputy Clerk**

Approved:

*[signature]*

**STACI M. YANDLE**
**DISTRICT JUDGE**